PLAINTIFF'S EXHIBIT A 13-1479

STATE SYSTEM OF HIGHER EDUCATION
FACULTY PAY SCHEDULE A
EFFECTIVE FALL 2011

| PAY STEP | | PAY RANGE Q01 | PAY RANGE Q02 | PAY RANGE Q03 | PAY RANGE Q04 |
|---|---|---|---|---|---|
| 1 | REGULAR BIWEEKLY (20 PAYS) | $2,239.76 | $2,592.81 | $3,001.50 | $3,648.35 |
|   | DISTRIBUTED BIWEEKLY (26 PAYS) | $1,722.89 | $1,994.47 | $2,308.85 | $2,806.42 |
|   | ACADEMIC ANNUAL | $44,795.24 | $51,856.27 | $60,030.04 | $72,966.97 |
| 2 | REGULAR BIWEEKLY (20 PAYS) | $2,351.75 | $2,722.45 | $3,151.57 | $3,830.77 |
|   | DISTRIBUTED BIWEEKLY (26 PAYS) | $1,809.04 | $2,094.19 | $2,424.29 | $2,946.75 |
|   | ACADEMIC ANNUAL | $47,035.01 | $54,449.01 | $63,031.47 | $76,615.42 |
| 3 | REGULAR BIWEEKLY (20 PAYS) | $2,469.34 | $2,858.57 | $3,309.16 | $4,022.31 |
|   | DISTRIBUTED BIWEEKLY (26 PAYS) | $1,899.49 | $2,198.90 | $2,545.51 | $3,094.09 |
|   | ACADEMIC ANNUAL | $49,386.84 | $57,171.37 | $66,183.17 | $80,446.25 |
| 4 | REGULAR BIWEEKLY (20 PAYS) | $2,592.81 | $3,001.50 | $3,474.61 | $4,223.43 |
|   | DISTRIBUTED BIWEEKLY (26 PAYS) | $1,994.47 | $2,308.85 | $2,672.78 | $3,248.79 |
|   | ACADEMIC ANNUAL | $51,856.27 | $60,030.04 | $69,492.27 | $84,468.59 |
| 5 | REGULAR BIWEEKLY (20 PAYS) | $2,722.45 | $3,151.57 | $3,648.35 | $4,434.60 |
|   | DISTRIBUTED BIWEEKLY (26 PAYS) | $2,094.19 | $2,424.29 | $2,806.42 | $3,411.23 |
|   | ACADEMIC ANNUAL | $54,449.01 | $63,031.47 | $72,966.97 | $88,692.03 |
| 6 | REGULAR BIWEEKLY (20 PAYS) | $2,790.51 | $3,230.36 | $3,739.55 | $4,545.46 |
|   | DISTRIBUTED BIWEEKLY (26 PAYS) | $2,146.55 | $2,484.89 | $2,876.58 | $3,496.51 |
|   | ACADEMIC ANNUAL | $55,810.18 | $64,607.21 | $74,791.08 | $90,909.22 |
| 7 | REGULAR BIWEEKLY (20 PAYS) | $2,858.57 | $3,309.16 | $3,830.77 | $4,656.33 |
|   | DISTRIBUTED BIWEEKLY (26 PAYS) | $2,198.90 | $2,545.51 | $2,946.75 | $3,581.79 |
|   | ACADEMIC ANNUAL | $57,171.37 | $66,183.17 | $76,615.42 | $93,126.65 |
| 8 | REGULAR BIWEEKLY (20 PAYS) | $2,930.03 | $3,391.89 | $3,926.54 | $4,772.74 |
|   | DISTRIBUTED BIWEEKLY (26 PAYS) | $2,253.87 | $2,609.15 | $3,020.41 | $3,671.33 |
|   | ACADEMIC ANNUAL | $58,600.69 | $67,837.86 | $78,530.71 | $95,454.70 |
| 9 | REGULAR BIWEEKLY (20 PAYS) | $3,001.50 | $3,474.61 | $4,022.31 | $4,889.15 |
|   | DISTRIBUTED BIWEEKLY (26 PAYS) | $2,308.85 | $2,672.78 | $3,094.09 | $3,760.89 |
|   | ACADEMIC ANNUAL | $60,030.04 | $69,492.27 | $80,446.25 | $97,783.03 |
| 10 | REGULAR BIWEEKLY (20 PAYS) | $3,076.54 | $3,561.48 | $4,122.86 | $5,011.39 |
|   | DISTRIBUTED BIWEEKLY (26 PAYS) | $2,366.57 | $2,739.60 | $3,171.43 | $3,854.91 |
|   | ACADEMIC ANNUAL | $61,530.87 | $71,229.51 | $82,457.29 | $100,227.71 |
| 11 | REGULAR BIWEEKLY (20 PAYS) | $3,151.57 | $3,648.35 | $4,223.43 | $5,133.61 |
|   | DISTRIBUTED BIWEEKLY (26 PAYS) | $2,424.29 | $2,806.42 | $3,248.79 | $3,948.93 |
|   | ACADEMIC ANNUAL | $63,031.47 | $72,966.97 | $84,468.59 | $102,672.16 |
| 12 | REGULAR BIWEEKLY (20 PAYS) | $3,230.36 | $3,739.55 | $4,329.01 | $5,261.95 |
|   | DISTRIBUTED BIWEEKLY (26 PAYS) | $2,484.89 | $2,876.58 | $3,330.01 | $4,047.65 |
|   | ACADEMIC ANNUAL | $64,607.21 | $74,791.08 | $86,580.18 | $105,239.02 |
| 13 | REGULAR BIWEEKLY (20 PAYS) | $3,311.12 | $3,833.04 | $4,437.23 | $5,393.50 |
|   | DISTRIBUTED BIWEEKLY (26 PAYS) | $2,547.01 | $2,948.49 | $3,413.26 | $4,148.85 |
|   | ACADEMIC ANNUAL | $66,222.38 | $76,660.85 | $88,744.68 | $107,869.99 |

STATE SYSTEM OF HIGHER EDUCATION
FACULTY PAY SCHEDULE B
EFFECTIVE FALL 2012

| PAY STEP | | PAY RANGE Q01 | PAY RANGE Q02 | PAY RANGE Q03 | PAY RANGE Q04 |
|---|---|---|---|---|---|
| 1 | REGULAR BIWEEKLY (20 PAYS) | $2,262.16 | $2,618.74 | $3,031.52 | $3,684.83 |
|   | DISTRIBUTED BIWEEKLY (26 PAYS) | $1,740.12 | $2,014.42 | $2,331.94 | $2,834.49 |
|   | ACADEMIC ANNUAL | $45,243.19 | $52,374.83 | $60,630.34 | $73,696.64 |
| 2 | REGULAR BIWEEKLY (20 PAYS) | $2,375.27 | $2,749.68 | $3,183.09 | $3,869.08 |
|   | DISTRIBUTED BIWEEKLY (26 PAYS) | $1,827.13 | $2,115.13 | $2,448.53 | $2,976.21 |
|   | ACADEMIC ANNUAL | $47,505.36 | $54,993.50 | $63,661.78 | $77,381.57 |
| 3 | REGULAR BIWEEKLY (20 PAYS) | $2,494.04 | $2,887.15 | $3,342.25 | $4,062.54 |
|   | DISTRIBUTED BIWEEKLY (26 PAYS) | $1,918.49 | $2,220.89 | $2,570.96 | $3,125.03 |
|   | ACADEMIC ANNUAL | $49,880.71 | $57,743.08 | $66,845.00 | $81,250.71 |
| 4 | REGULAR BIWEEKLY (20 PAYS) | $2,618.74 | $3,031.52 | $3,509.36 | $4,265.66 |
|   | DISTRIBUTED BIWEEKLY (26 PAYS) | $2,014.42 | $2,331.94 | $2,699.51 | $3,281.28 |
|   | ACADEMIC ANNUAL | $52,374.83 | $60,630.34 | $70,187.19 | $85,313.28 |
| 5 | REGULAR BIWEEKLY (20 PAYS) | $2,749.68 | $3,183.09 | $3,684.83 | $4,478.95 |
|   | DISTRIBUTED BIWEEKLY (26 PAYS) | $2,115.13 | $2,448.53 | $2,834.49 | $3,445.34 |
|   | ACADEMIC ANNUAL | $54,993.50 | $63,661.78 | $73,696.64 | $89,578.95 |
| 6 | REGULAR BIWEEKLY (20 PAYS) | $2,818.41 | $3,262.66 | $3,776.95 | $4,590.92 |
|   | DISTRIBUTED BIWEEKLY (26 PAYS) | $2,168.01 | $2,509.74 | $2,905.35 | $3,531.47 |
|   | ACADEMIC ANNUAL | $56,368.28 | $65,253.28 | $75,538.99 | $91,818.31 |
| 7 | REGULAR BIWEEKLY (20 PAYS) | $2,887.15 | $3,342.25 | $3,869.08 | $4,702.90 |
|   | DISTRIBUTED BIWEEKLY (26 PAYS) | $2,220.89 | $2,570.96 | $2,976.21 | $3,617.61 |
|   | ACADEMIC ANNUAL | $57,743.08 | $66,845.00 | $77,381.57 | $94,057.92 |
| 8 | REGULAR BIWEEKLY (20 PAYS) | $2,959.34 | $3,425.81 | $3,965.80 | $4,820.46 |
|   | DISTRIBUTED BIWEEKLY (26 PAYS) | $2,276.41 | $2,635.24 | $3,050.62 | $3,708.05 |
|   | ACADEMIC ANNUAL | $59,186.70 | $68,516.24 | $79,316.02 | $96,409.25 |
| 9 | REGULAR BIWEEKLY (20 PAYS) | $3,031.52 | $3,509.36 | $4,062.54 | $4,938.04 |
|   | DISTRIBUTED BIWEEKLY (26 PAYS) | $2,331.94 | $2,699.51 | $3,125.03 | $3,798.49 |
|   | ACADEMIC ANNUAL | $60,630.34 | $70,187.19 | $81,250.71 | $98,760.86 |
| 10 | REGULAR BIWEEKLY (20 PAYS) | $3,107.31 | $3,597.09 | $4,164.09 | $5,061.50 |
|    | DISTRIBUTED BIWEEKLY (26 PAYS) | $2,390.24 | $2,766.99 | $3,203.15 | $3,893.46 |
|    | ACADEMIC ANNUAL | $62,146.18 | $71,941.81 | $83,281.86 | $101,229.99 |
| 11 | REGULAR BIWEEKLY (20 PAYS) | $3,183.09 | $3,684.83 | $4,265.66 | $5,184.94 |
|    | DISTRIBUTED BIWEEKLY (26 PAYS) | $2,448.53 | $2,834.49 | $3,281.28 | $3,988.42 |
|    | ACADEMIC ANNUAL | $63,661.78 | $73,696.64 | $85,313.28 | $103,698.88 |
| 12 | REGULAR BIWEEKLY (20 PAYS) | $3,262.66 | $3,776.95 | $4,372.30 | $5,314.57 |
|    | DISTRIBUTED BIWEEKLY (26 PAYS) | $2,509.74 | $2,905.35 | $3,363.31 | $4,088.13 |
|    | ACADEMIC ANNUAL | $65,253.28 | $75,538.99 | $87,445.98 | $106,291.41 |
| 13 | REGULAR BIWEEKLY (20 PAYS) | $3,344.23 | $3,871.37 | $4,481.61 | $5,447.43 |
|    | DISTRIBUTED BIWEEKLY (26 PAYS) | $2,572.48 | $2,977.98 | $3,447.39 | $4,190.33 |
|    | ACADEMIC ANNUAL | $66,884.60 | $77,427.46 | $89,632.13 | $108,948.69 |

STATE SYSTEM OF HIGHER EDUCATION

FACULTY PAY SCHEDULE C

EFFECTIVE FALL 2013

| PAY STEP | | PAY RANGE Q01 | PAY RANGE Q02 | PAY RANGE Q03 | PAY RANGE Q04 |
|---|---|---|---|---|---|
| 1 | REGULAR BIWEEKLY (20 PAYS) | $2,284.78 | $2,644.93 | $3,061.83 | $3,721.68 |
|   | DISTRIBUTED BIWEEKLY (26 PAYS) | $1,757.52 | $2,034.56 | $2,355.26 | $2,862.83 |
|   | ACADEMIC ANNUAL | $45,695.62 | $52,898.58 | $61,236.64 | $74,433.61 |
| 2 | REGULAR BIWEEKLY (20 PAYS) | $2,399.02 | $2,777.17 | $3,214.92 | $3,907.77 |
|   | DISTRIBUTED BIWEEKLY (26 PAYS) | $1,845.40 | $2,136.29 | $2,473.02 | $3,005.98 |
|   | ACADEMIC ANNUAL | $47,980.41 | $55,543.44 | $64,298.40 | $78,155.39 |
| 3 | REGULAR BIWEEKLY (20 PAYS) | $2,518.98 | $2,916.03 | $3,375.67 | $4,103.16 |
|   | DISTRIBUTED BIWEEKLY (26 PAYS) | $1,937.67 | $2,243.10 | $2,596.67 | $3,156.28 |
|   | ACADEMIC ANNUAL | $50,379.52 | $58,320.51 | $67,513.45 | $82,063.22 |
| 4 | REGULAR BIWEEKLY (20 PAYS) | $2,644.93 | $3,061.83 | $3,544.45 | $4,308.32 |
|   | DISTRIBUTED BIWEEKLY (26 PAYS) | $2,034.56 | $2,355.26 | $2,726.50 | $3,314.09 |
|   | ACADEMIC ANNUAL | $52,898.58 | $61,236.64 | $70,889.06 | $86,166.41 |
| 5 | REGULAR BIWEEKLY (20 PAYS) | $2,777.17 | $3,214.92 | $3,721.68 | $4,523.74 |
|   | DISTRIBUTED BIWEEKLY (26 PAYS) | $2,136.29 | $2,473.02 | $2,862.83 | $3,479.80 |
|   | ACADEMIC ANNUAL | $55,543.44 | $64,298.40 | $74,433.61 | $90,474.74 |
| 6 | REGULAR BIWEEKLY (20 PAYS) | $2,846.60 | $3,295.29 | $3,814.72 | $4,636.82 |
|   | DISTRIBUTED BIWEEKLY (26 PAYS) | $2,189.69 | $2,534.84 | $2,934.40 | $3,566.79 |
|   | ACADEMIC ANNUAL | $56,931.96 | $65,905.81 | $76,294.38 | $92,736.49 |
| 7 | REGULAR BIWEEKLY (20 PAYS) | $2,916.03 | $3,375.67 | $3,907.77 | $4,749.93 |
|   | DISTRIBUTED BIWEEKLY (26 PAYS) | $2,243.10 | $2,596.67 | $3,005.98 | $3,653.79 |
|   | ACADEMIC ANNUAL | $58,320.51 | $67,513.45 | $78,155.39 | $94,998.50 |
| 8 | REGULAR BIWEEKLY (20 PAYS) | $2,988.93 | $3,460.07 | $4,005.46 | $4,868.67 |
|   | DISTRIBUTED BIWEEKLY (26 PAYS) | $2,299.18 | $2,661.59 | $3,081.12 | $3,745.13 |
|   | ACADEMIC ANNUAL | $59,778.57 | $69,201.40 | $80,109.18 | $97,373.34 |
| 9 | REGULAR BIWEEKLY (20 PAYS) | $3,061.83 | $3,544.45 | $4,103.16 | $4,987.42 |
|   | DISTRIBUTED BIWEEKLY (26 PAYS) | $2,355.26 | $2,726.50 | $3,156.28 | $3,836.48 |
|   | ACADEMIC ANNUAL | $61,236.64 | $70,889.06 | $82,063.22 | $99,748.47 |
| 10 | REGULAR BIWEEKLY (20 PAYS) | $3,138.38 | $3,633.06 | $4,205.73 | $5,112.11 |
|    | DISTRIBUTED BIWEEKLY (26 PAYS) | $2,414.14 | $2,794.66 | $3,235.18 | $3,932.40 |
|    | ACADEMIC ANNUAL | $62,767.64 | $72,661.23 | $84,114.68 | $102,242.29 |
| 11 | REGULAR BIWEEKLY (20 PAYS) | $3,214.92 | $3,721.68 | $4,308.32 | $5,236.79 |
|    | DISTRIBUTED BIWEEKLY (26 PAYS) | $2,473.02 | $2,862.83 | $3,314.09 | $4,028.30 |
|    | ACADEMIC ANNUAL | $64,298.40 | $74,433.61 | $86,166.41 | $104,735.87 |
| 12 | REGULAR BIWEEKLY (20 PAYS) | $3,295.29 | $3,814.72 | $4,416.02 | $5,367.72 |
|    | DISTRIBUTED BIWEEKLY (26 PAYS) | $2,534.84 | $2,934.40 | $3,396.94 | $4,129.01 |
|    | ACADEMIC ANNUAL | $65,905.81 | $76,294.38 | $88,320.44 | $107,354.32 |
| 13 | REGULAR BIWEEKLY (20 PAYS) | $3,377.67 | $3,910.09 | $4,526.42 | $5,501.91 |
|    | DISTRIBUTED BIWEEKLY (26 PAYS) | $2,598.21 | $3,007.76 | $3,481.86 | $4,232.24 |
|    | ACADEMIC ANNUAL | $67,553.45 | $78,201.73 | $90,528.45 | $110,038.18 |

STATE SYSTEM OF HIGHER EDUCATION
FACULTY PAY SCHEDULE D
EFFECTIVE FALL 2014

| PAY STEP | | PAY RANGE Q01 | PAY RANGE Q02 | PAY RANGE Q03 | PAY RANGE Q04 |
|---|---|---|---|---|---|
| 1 | REGULAR BIWEEKLY (20 PAYS) | $2,330.48 | $2,697.83 | $3,123.07 | $3,796.11 |
|   | DISTRIBUTED BIWEEKLY (26 PAYS) | $1,792.67 | $2,075.25 | $2,402.36 | $2,920.09 |
|   | ACADEMIC ANNUAL | $46,609.53 | $53,956.55 | $62,461.37 | $75,922.28 |
| 2 | REGULAR BIWEEKLY (20 PAYS) | $2,447.00 | $2,832.72 | $3,279.22 | $3,985.93 |
|   | DISTRIBUTED BIWEEKLY (26 PAYS) | $1,882.31 | $2,179.01 | $2,522.48 | $3,066.10 |
|   | ACADEMIC ANNUAL | $48,940.02 | $56,654.31 | $65,584.37 | $79,718.50 |
| 3 | REGULAR BIWEEKLY (20 PAYS) | $2,569.36 | $2,974.35 | $3,443.19 | $4,185.22 |
|   | DISTRIBUTED BIWEEKLY (26 PAYS) | $1,976.43 | $2,287.96 | $2,648.60 | $3,219.40 |
|   | ACADEMIC ANNUAL | $51,387.11 | $59,486.92 | $68,863.72 | $83,704.48 |
| 4 | REGULAR BIWEEKLY (20 PAYS) | $2,697.83 | $3,123.07 | $3,615.34 | $4,394.49 |
|   | DISTRIBUTED BIWEEKLY (26 PAYS) | $2,075.25 | $2,402.36 | $2,781.03 | $3,380.37 |
|   | ACADEMIC ANNUAL | $53,956.55 | $62,461.37 | $72,306.84 | $87,889.74 |
| 5 | REGULAR BIWEEKLY (20 PAYS) | $2,832.72 | $3,279.22 | $3,796.11 | $4,614.21 |
|   | DISTRIBUTED BIWEEKLY (26 PAYS) | $2,179.01 | $2,522.48 | $2,920.09 | $3,549.39 |
|   | ACADEMIC ANNUAL | $56,654.31 | $65,584.37 | $75,922.28 | $92,284.23 |
| 6 | REGULAR BIWEEKLY (20 PAYS) | $2,903.53 | $3,361.20 | $3,891.01 | $4,729.56 |
|   | DISTRIBUTED BIWEEKLY (26 PAYS) | $2,233.48 | $2,585.54 | $2,993.09 | $3,638.12 |
|   | ACADEMIC ANNUAL | $58,070.60 | $67,223.93 | $77,820.27 | $94,591.22 |
| 7 | REGULAR BIWEEKLY (20 PAYS) | $2,974.35 | $3,443.19 | $3,985.93 | $4,844.92 |
|   | DISTRIBUTED BIWEEKLY (26 PAYS) | $2,287.96 | $2,648.60 | $3,066.10 | $3,726.86 |
|   | ACADEMIC ANNUAL | $59,486.92 | $68,863.72 | $79,718.50 | $96,898.47 |
| 8 | REGULAR BIWEEKLY (20 PAYS) | $3,048.71 | $3,529.27 | $4,085.57 | $4,966.04 |
|   | DISTRIBUTED BIWEEKLY (26 PAYS) | $2,345.16 | $2,714.82 | $3,142.74 | $3,820.03 |
|   | ACADEMIC ANNUAL | $60,974.14 | $70,585.43 | $81,711.36 | $99,320.81 |
| 9 | REGULAR BIWEEKLY (20 PAYS) | $3,123.07 | $3,615.34 | $4,185.22 | $5,087.17 |
|   | DISTRIBUTED BIWEEKLY (26 PAYS) | $2,402.36 | $2,781.03 | $3,219.40 | $3,913.21 |
|   | ACADEMIC ANNUAL | $62,461.37 | $72,306.84 | $83,704.48 | $101,743.44 |
| 10 | REGULAR BIWEEKLY (20 PAYS) | $3,201.15 | $3,705.72 | $4,289.85 | $5,214.36 |
|   | DISTRIBUTED BIWEEKLY (26 PAYS) | $2,462.42 | $2,850.56 | $3,299.88 | $4,011.04 |
|   | ACADEMIC ANNUAL | $64,022.99 | $74,114.45 | $85,796.97 | $104,287.14 |
| 11 | REGULAR BIWEEKLY (20 PAYS) | $3,279.22 | $3,796.11 | $4,394.49 | $5,341.53 |
|   | DISTRIBUTED BIWEEKLY (26 PAYS) | $2,522.48 | $2,920.09 | $3,380.37 | $4,108.87 |
|   | ACADEMIC ANNUAL | $65,584.37 | $75,922.28 | $87,889.74 | $106,830.59 |
| 12 | REGULAR BIWEEKLY (20 PAYS) | $3,361.20 | $3,891.01 | $4,504.34 | $5,475.07 |
|   | DISTRIBUTED BIWEEKLY (26 PAYS) | $2,585.54 | $2,993.09 | $3,464.88 | $4,211.59 |
|   | ACADEMIC ANNUAL | $67,223.93 | $77,820.27 | $90,086.85 | $109,501.41 |
| 13 | REGULAR BIWEEKLY (20 PAYS) | $3,445.23 | $3,988.29 | $4,616.95 | $5,611.95 |
|   | DISTRIBUTED BIWEEKLY (26 PAYS) | $2,650.17 | $3,067.91 | $3,551.50 | $4,316.88 |
|   | ACADEMIC ANNUAL | $68,904.52 | $79,765.76 | $92,339.02 | $112,238.94 |

PLAINTIFF'S
EXHIBIT
B
13-1479

MEMBER of a regular full-time position under the provisions of Sections D. or G. or Article.

P.  The parties shall meet and discuss during the term of the Agreement aspects of this Article that are of mutual interest.

Q.  The parties agree that any grievances relating to retrenchment issues will be handled in an expeditious fashion in the steps of the grievance procedure. The parties also agree that if APSCUF requests that any such grievances be submitted to arbitration, the parties will make a good faith effort to schedule the arbitration hearings during the academic year in which the notices of retrenchment are issued.

R.  If an arbitrator should find that the meet and discuss requirements of this Article have been violated by management, the arbitrator's remedy shall be limited to ordering additional meet and discuss between the parties, and the arbitrator may not insert himself/herself into that process. If an arbitrator should find that a FACULTY MEMBER was improperly retrenched, the arbitrator's remedy shall be limited to determining whether or not reinstatement is appropriate and whether or not full or partial back pay, seniority and fringe benefits should be awarded.

## Article 30

## HEALTH AND WELFARE

A.  A jointly-administered Health and Welfare Fund has been established under the provisions of an Agreement and Declaration of Trust executed by and between APSCUF and the STATE SYSTEM/UNIVERSITIES. This Health and Welfare Fund shall conform to all existing and future federal and Commonwealth statutes and regulations controlling such Health and Welfare Funds. Said Agreement and Declaration of Trust provides and shall continue to provide equal representation on the Board of Trustees by and between APSCUF and the STATE SYSTEM/UNIVERSITIES.

B.  The Board of Trustees of the Health and Welfare Fund shall determine at their discretion and in accordance with the terms of this Agreement and the terms of the Agreement and Declaration of Trust, health and welfare benefits which may be extended by the Health and Welfare Fund to FACULTY MEMBERS, their spouse/domestic partner, and their dependents.

C.  1.  For the period between July 1, 2011 to June 30, 2013 , the STATE SYSTEM shall pay an annual amount to the Health and Welfare Fund of $$1,077.50 for each full-time FACULTY MEMBER in an active pay status. The STATE SYSTEM shall remit its contributions, together with an itemized statement, to the Health and Welfare Fund on a biweekly basis during the 20 pay periods in which faculty salaries are paid.

   2.  Effective July, 1, 2013, the STATE SYSTEM shall pay an annual amount to the Health and Welfare Fund of $1,131.40 for each full-time FACULTY MEMBER in an active pay status. The STATE SYSTEM shall remit its contributions, together with an itemized statement, to the Health and Welfare Fund on a biweekly basis during the 20 pay periods in which the faculty salaries are paid.

3. The biweekly contribution rate shall be $53.875 (increased to $56.57 as of July 1, 2013) for each full-time FACULTY MEMBER in active pay status. The rate for part-time FACULTY MEMBERS shall be proportionate to the percent of the regular workload assigned to the FACULTY MEMBER. For example, the rate for a FACULTY MEMBER employed half-time shall be one-half of the rate for a full-time FACULTY MEMBER.

4. Beginning with the first full pay period for the academic year, the STATE SYSTEM shall determine the number of full-time FACULTY MEMBERS in active pay status during that pay period and contribute $53.875 (increased to $56.57 as of July 1, 2013) for each full-time FACULTY MEMBER. The STATE SYSTEM also shall make contributions for all faculty wage hours reported for the pay period at the rate of $.718 (increased to 0.754 as of July 1, 2013) per hour.

5. The STATE SYSTEM shall remit biweekly contributions to the Health and Welfare Fund within fourteen (14) days of the last day of the pay period for which contributions were calculated.

6. For purposes of this Agreement, FACULTY MEMBERS in "active pay status" shall include the following:

    a. FACULTY MEMBERS who receive a full or partial paycheck for the pay period.
    b. FACULTY MEMBERS who are on leave without pay with benefits.
    c. FACULTY MEMBERS who are on leave without pay without benefits for a period of one full pay period or less.

7. The procedures provided for in number 1 through 6 above shall be utilized to calculate and remit contributions on behalf of FACULTY MEMBERS eligible under Section D. below.

8. In addition to the contributions set forth in subsections 1 through 6 of this Section, PASSHE shall make a one-time lump sum contribution to the Health and Welfare Fund in the amount of $250,000 to the Fund within 90 days following ratification of this Agreement.

D. 1. Contributions on behalf of part-time FACULTY MEMBERS shall be made on a proportionate basis with the calculations based on the workload provisions of Article 23, WORKLOAD AND WORKLOAD EQUIVALENTS.

2. Full contributions will be made for all FACULTY MEMBERS on full or partial educational leaves without pay.

3. Full contributions will be made for all FACULTY MEMBERS on leaves without pay due to sickness, parental or family care leave that are also eligible for benefits under the SSHEGHP pursuant to Article 21.A.8.

4. Full contributions will be made for all retrenched FACULTY MEMBERS who are eligible for benefits pursuant to Article 29.J.